UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

GERONIMO LUNA-GARCIA,

                    Defendant.

NO. CR-04-2077-EFS

**ORDER GRANTING THE GOVERNMENT'S ORAL MOTION TO DISMISS AND DENYING AS MOOT ALL PENDING MOTIONS**

     On March 24, 2006, during a sentencing hearing held in Case No. CR-02-6017-EFS, the Court sentenced Defendant Geronimo Luna-Garcia to a 120-month term of imprisonment. During that hearing, Defendant was represented by Nicholas Marchi, and Gregory Shogren appeared on behalf of the Government. At the conclusion of the sentencing hearing, the Government orally moved the Court for a dismissal of the Indictment (Ct. Rec. 1) filed in this case. The Government's oral motion was made pursuant to the terms of the parties' plea agreement in Case No. CR-02-6017-EFS.

     Under Federal Rule of Criminal Procedure 48(a), the Government may, with leave of the Court, dismiss an indictment. Accordingly, finding no reason to not permit the Government to dismiss the Indictment in this case, the Court hereby grants the Government's oral motion to dismiss.

ORDER * 1

**IT IS HEREBY ORDERED:**

1.   The Government's oral motion to dismiss is **GRANTED**.   The Indictment **(Ct. Rec. 1)** filed in Case No. CR-04-2077 is **DISMISSED**.

2. All pending motions are **DENIED AS MOOT.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide a copy to Petitioner and counsel for Respondent.

**DATED** this _____24th_____ day of March, 2006.


_____
            S/ Edward F. Shea
            EDWARD F. SHEA
      United States District Judge

Q:\Criminal\2004\2077.dismiss.indictment.wpd

ORDER * 2